IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JENNY THOMAS,

    Plaintiff,

v.                                                  Case No. 2:21-cv-00218-AWA-LRL

SENTARA MEDICAL GROUP

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jenny Thomas and Defendant Sentara Medical Group, by their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  May 13, 2022

| JENNY THOMAS | SENTARA MEDICAL GROUP |
|---|---|
| By:  */s/ Todd M. Gaynor*<br>Todd M. Gaynor (VSB No. 47742)<br>GAYNOR LAW CENTER, P.C.<br>440 Monticello Avenue, Suite 1800<br>Norfolk, Virginia 23510<br>Telephone:  (757) 828-3739<br>Telephone:  (757) 257-3674<br>tgaynor@gaynorlawcenter.com<br>*Counsel for Plaintiff* | By:  */s/ Patrick D. Blake*<br>Patrick D. Blake (VSB No. 45194)<br>Caine J. Caverly (VSB No. 96115)<br>WILLCOX & SAVAGE, P.C.<br>440 Monticello Avenue, Suite 2200<br>Norfolk, Virginia 23510<br>Telephone: (757) 628-5500<br>Facsimile: (757) 628-5566<br>pblake@wilsav.com<br>ccaverly@wilsav.com<br>*Counsel for Defendant* |